AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Waycross Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Freddie Battle | ) Case No: CR597-00001-001 |
| | ) USM No: 09399-021 |
| Date of Previous Judgment: August 27, 1997 | ) Lloyd E. Thompson, Jr. |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED.   [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 42 | Amended Offense Level: | 42 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 360 months to Life | Amended Guideline Range: | 360 months to Life |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
Defendant is not eligible for a reductions because he was attributed with more than 4.5 kilograms of cocaine base.

Except as provided above, all provisions of the judgment dated August 27, 1997 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 20, 2008

Judge's signature

Effective Date: _____
(if different from order date)

William T. Moore, Jr.
Chief Judge, U. S. District Court
Printed name and title