UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR-597-01-01 |
| | ) | |
| v. | ) | |
| | ) | |
| FREDDIE BATTLE | ) | |

## ORDER REDUCING TERM
## OF IMPRISONMENT TO TIME SERVED

BEFORE THE COURT is a motion filed by the United States of America pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking to reduce the term of imprisonment of the defendant, Freddie Battle, to time served. The Court finds:

1. Freddie Battle was found guilty of violating 21 U.S.C. §§ 846 (Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Base); 21 U.S.C. §§ 841(a)(1) (Distribution of Cocaine Base); 21 U.S.C. §§ 841(a)(1) and 860 (Distribution of Cocaine Base Within 1,000 Feet of a School); and 21 U.S.C. §§ 841(a)(1) (Possession with Intent to Distribute Cocaine Base). He was sentenced on August 27, 1997 to a prison term of 360 months, followed by a 10-year term of supervised release. (Doc 139) The Defendant's term of imprisonment was reduced to 324 months on June 11, 2015. (Doc. 225)

2. Mr. Battle, age 70, has now served 216 months of his prison sentence. His good conduct release date is June 19, 2023.

3. Mr. Battle suffers from coronary artery disease, hypertension, high cholesterol, arthritis, enlarged prostate, and severe disease of the arteries in the lower legs. He is currently housed in an outside hospital for continuing care, as he requires assistance with his activities of daily living.

4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of

the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Bureau of Prisons maintains, and the Court agrees, that the defendant's debilitated status constitutes extraordinary and compelling reasons that warrant the requested reduction.

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the 10-year term of supervised release previously imposed.

SO ORDERED THIS 6th DAY OF July, 2015.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA